In the Matter of the Claim of FRANCES L. STEVENS, Respondent, against CONSOLIDATED ICE COMPANY OF HUNTINGTON et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Stevens* v. *Consolidated Ice Co.*, 187 App. Div. 915, affirmed. (Argued May 20, 1919; decided June 3, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1919, affirming an award of the state industrial commission made under the Workmen's Compensation Act. Claimant's husband, in the performance of his work strained his back. Several days later he took cold and died a month later of myelitis. Appellants contended that death was not the result of the accident.

*Charles W. Strong, Clifford S. Bostwick* and *John H. Brogan* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.